UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 3:12-CR-00074-LRH-VPC |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | MINUTE ORDER |
| CATHERINE MARIA RAINS and ALFONSO ULLOA, | ) ) | |
| | ) | September 17, 2012 |
| Defendants. | ) | |
| | ) | |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   <u>NONE APPEARING</u>         REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):         <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):         <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS**:

Before the court are the Government's Motions for Revocation of Magistrate Judge's Order for Pretrial Release (## 7, 14)[1]. Defendant Ulloa filed an opposition (#27).

Given that both Defendants appeared before the Nevada Magistrate Judge on September 4, 2012, and the Magistrate Judge ruled upon the Defendants' pretrial release and such ruling superseded the challenged order, the Government's motions (##7, 14) are hereby DENIED without prejudice as moot.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:         /s/
       Deputy Clerk

---

[1] Refers to court's docket number.