UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case no. 3:12-CR-00074-LRH-VPC-1 |
| Plaintiff, ) | |
| vs. ) | USM No. 75624-308 |
| ) | |
| CATHERINE MARIA RAINS, ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |
| Dated of Original Judgment: 09-13-2013  ) | Defendant's Attorney: |
| Date of Previous Amended Judgment: n/a  ) | Nisha Brooks-Whittington |
| ) | |

Upon motion of the Defendant and stipulation between the Defendant and the Government for a sentence reduction pursuant to Title 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to Title 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at United States Sentencing Guideline ¶ 1B1.10 and the sentencing factors set forth in Title 18 U.S.C. § 3553(a), to the extent they are applicable,

IT IS ORDERED that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment of sixty-three (63) months is reduced to fifty-one (51) months. This modification shall not become effective until November 1, 2015.

Except as otherwise provided, all provisions of the judgment dated September 13, 2013, shall remain in effect.

IT IS SO ORDERED.

DATED this 30th day of March, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE